IN THE COUNTY COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT IN AND FOR BREVARD COUNTY, FLORIDA

JUAN PEREZ

    PLAINTIFF,

v.                                  Case No.:

YOU HANG LIU d/b/a/AUTUMN'S CRAB,

    DEFENDANT.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, JUAN PEREZ, (hereinafter also referred to as "PLAINTIFF"), by and through the undersigned counsel, hereby sues DEFENDANT, YOU HANG LIU d/b/a/AUTUMN'S CRAB, a Florida Corporation, (hereinafter also referred to as "DEFENDANT" OR "AUTUMN'S CRAB"), and states as follows:

### *Introduction*

1. This is an action by the PLAINTIFF against his former employer for unpaid overtime compensation, liquidated damages, and other relief under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et seq.

### *Parties, Jurisdiction, and Venue*

2. Plaintiff, JUAN PEREZ, is a resident of Brevard County, Florida and at all times material hereto the acts committed were committed in Brevard County, Florida.

3. Defendant, YOU HANG LIU d/b/a/AUTUMN'S CRAB is a Florida resident conducting business in Brevard County, Florida.

4. This is an action by PLAINTIFF against DEFENDANT for damages exceeding $5,000.00 but less than $15,000.00 as of the time of filing.

## *General Allegations*

5. PLAINTIFF was an hourly employee of DEFENDANT working at AUTUMN'S CRAB who earned, but was not paid time and one-half compensation for each hour worked in excess of 40 during a workweek.

6. PLAINTIFF was a non-exempt, hourly employee of DEFENDANT, as the term "employee" is defined by 29 U.S.C. § 203(e).

7. At all times relevant, DEFENDANT, AUTUMN'S CRAB did business as a restaurant at 1628 S. Fiske Blvd., Rockledge, Florida 32955.

8. At all times relevant, Defendant, AUTUMN'S CRAB, was and is an "enterprise" engaged in commerce as defined by 29 U.S.C. § 203 because it has employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce and its annual gross volume of sales made or business done is not less than $500,000.

9. DEFENDANT was PLAINTIFF's employer for purposes of the FLSA, as that term "employer" is defined by 29 U.S.C. § 203(d).

## **COUNT I– RECOVERY OF OVERTIME COMPENSATION FLSA**

10. PLAINTIFF re-alleges and incorporates paragraphs 1 through 10 of this Complaint, as if set forth in full herein.

11. PLAINTIFF was entitled to be paid time and one-half of his regular rate of pay for each hour worked in excess of forty (40) hours per week.

12. During his employment with DEFENDANT, PLAINTIFF worked overtime hours but was not paid time and one-half compensation for same.

13. PLAINTIFF routinely worked in excess of forty (40) hours a week.

14. During PLAINTIFF'S tenure, he estimates that he worked approximately 138 hours of overtime but was not paid at his overtime rate.

15. DEFENDANT did not have a good faith basis for their decision not to pay PLAINTIFF full overtime compensation.

16. As a result of DEFENDANT's intentional, willful, and unlawful acts in refusing to pay PLAINTIFF time and one-half his regular rate of pay for each hour worked in excess of forty (40) per work week in one or more work week, PLAINTIFF has suffered damages plus incurring reasonable attorneys' fees and costs.

17. As a result of DEFENDANT's willful violation of the FLSA, PLAINTIFF is entitled to liquidated damages.

**WHEREFORE**, PLAINTIFF prays for judgment against DEFENDANT, for all damages to which he may be entitled, including, but not limited to:

    a.    Judgment for unpaid overtime compensation;

    b.    Liquidated damages in the same amount pursuant to 29 U.S.C. § 260.

    c.    An award of reasonable attorney's fees and all costs incurred herein pursuant to 29 U.S.C. § 216(b); and

    d.    All other damages to which PLAINTIFF may be entitled.

Respectfully submitted on this 5th day of April, 2019.

          ARCADIER, BIGGIE & WOOD, PLLC

          */s/ Joseph C. Wood, Esquire*
          Maurice Arcadier, Esquire
          Florida Bar No. 0131180
          Stephen Biggie, Esquire
          Florida Bar No.: 0084035
          Joseph C. Wood, Esquire
          Florida Bar No.: 0093839
          Ethan B. Babb, Esquire
          Florida Bar No. 127488
          2815 W. New Haven, Suite 304
          Melbourne, Florida 32904
          Primary Email: office@wamalaw.com
          Secondary Email: Wood@wamalaw.com
          Phone: (321) 953-5998
          Fax: (321) 953-6075