**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JUAN PEREZ,

      Plaintiff,

v.                                      Case No.   6:23-cv-884-ACC-LHP

AUTUMN'S CRAB, INC.,
AUTUMN'S CRAB VERO BEACH
LLC, and XIAO XIANG LIU,

      Defendants.

------

## ORDER OF DISMISSAL

The Court has been advised by **counsel for the parties** that the above-styled action has been settled.   Accordingly, pursuant to Local Rule 3.09(b) M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice.   Any pending motions are **denied** as moot and the Clerk is **directed** to close the file.

**DONE** and **ORDERED** at Orlando, Florida on June 4, 2024.

*Anne C. Conway*
ANNE C. CONWAY
United States District Judge

**COPIES FURNISHED TO:**
Counsel of Record